**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **SAMIN HABIB-HUSSAIN,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1340-KC** |
| | § | |
| **WARDEN, ERO EL PASO CAMP** | § | |
| **EAST MONTANA et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**<u>ORDER</u>**

On this day, the Court considered the case.  Samin Habib-Hussain filed a Petition for a Writ of Habeas Corpus, ECF No. 1, arguing that his detention has become unlawfully prolonged. The Court ordered Respondents to show cause why the Petition should not be granted.  May 13, 2026, Order, ECF No. 3.  Respondents now state that Habib-Hussain's Petition should be denied because his detention is statutorily mandated and does not violate due process.  *See generally* Resp., ECF No. 4.

Habib-Hussain, a citizen of Pakistan, entered the United States on April 27, 2025.  *Id.* ¶¶ 70, 72.  Habib-Hussain has remained in detention since and has now been detained for just over one year.  Resp. 3–4.

Individuals detained at the border and never released may bring a claim of prolonged detention in the pre-removal order context.  *See, e.g., Maldonado v. Macias*, 150 F. Supp. 3d 788 (W.D. Tex. 2015).  The permissible extent of prolonged mandatory immigration detention under the Due Process Clause is a complicated issue, on which courts have employed differing analyses and reached disparate outcomes.  *See, e.g., Alves v. U.S. Dep't of Justice*, No. 3:25-cv-306-KC, 2025 WL 2629763, at *2–4 (W.D. Tex. Sept. 12, 2025).  Although there is no defined

point at which detention becomes unreasonably prolonged, this Court has found that detention exceeding twenty-six months in the pre-entry, pre-final-removal order context is unreasonable. *Maldonado*, 150 F. Supp. 3d at 809–811.  Habib-Hussain has been detained for about thirteen months, which does not come close to the length of detention other courts have found to be unreasonably prolonged for noncitizens in Habib-Hussain's position.

Accordingly, the Court **ORDERS** that Petitioner shall **FILE** a reply addressing the Respondents' Response by **no later than June 4, 2026**.

**SO ORDERED**.

**SIGNED this 21st day of May, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

2